IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 22; IBEW LOCAL 22/NECA HEALTH AND WELFARE PLAN; IBEW LOCAL 22/NECA PENSION PLAN A; IBEW LOCAL 22/NECA DEFINED CONTRIBUTION PLAN B; OMAHA BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 22 VACATION-HOLIDAY TRUST FUND; NEBRASKA ELECTRICAL JOINT APPRENTICESHIP AND TRAINING TRUST FUND; NATIONAL ELECTRICAL BENEFIT FUND; LOCAL LABOR MANAGEMENT COOPERATION COMMITTEE, NATIONAL LABOR MANAGEMENT COOPERATION COMMITTEE, and NATIONAL ELECTRICAL CONTRACTORS ASSOCIATION,<br><br>                Plaintiffs,<br><br>    v.<br><br>LANGER ELECTRIC COMPANY, INC.,<br><br>                Defendant. | 8:21CV263<br><br>**JUDGMENT** |

      This matter is before the Court on the Joint Motion for Confession of Judgment (Filing No. 31) filed by plaintiffs International Brotherhood of Electrical Workers Local Union No. 22, IBEW Local 22/NECA Health and Welfare Plan, IBEW Local 22/NECA Pension Plan A, IBEW Local 22/NECA Defined Contribution Plan B, Omaha Brotherhood of Electrical Workers Local 22 Vacation-Holiday Trust Fund, Nebraska Electrical Joint Apprenticeship and Training Trust Fund, National Electrical Benefit Fund, Local Labor Management Cooperation Committee, National Labor Management Cooperation

Committee, and National Electrical Contractors Association (collectively, "plaintiffs") and defendant Langer Electric Company, Inc. ("Langer Electric"). On July 14, 2021, the plaintiffs sued Langer Electric to "collect fringe benefit contributions from" Langer Electric pursuant to the Employee Retirement Income Security Act of 1974, 29 U.S.C. §§ 1132 and 1145, and the Labor Management Relations Act of 1947, 29 U.S.C. § 185.[1]

The Court has reviewed their Joint Motion for Confession of Judgment and finds the motion should be granted. At the parties' request, the Court enters judgment against Langer Electric for the plaintiffs in the amount of $834,410.48, which consists of $680,841.15 in principal; $60,468.94 in interest; $64,070.86 in liquidated damages; and $29,029.53 in attorneys' fees.

IT IS SO ORDERED.

Dated this 8th day of August 2022.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge

---

[1] The Court has jurisdiction over this case. *See* 28 U.S.C. § 1331.