**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 22, et al.,** | **8:21CV263** |
| **Plaintiffs,** | |
| **vs.** | **ORDER** |
| **LANGER ELECTRIC COMPANY, INC.,** | |
| **Defendant.** | |

This matter is before the Court on the Motion to Withdraw as Counsel (Filing No. 45) filed by Sarah J. Millsap, counsel for Defendant.  Judgment was entered in this matter on August 8, 2022, and Defendant no longer requests or requires the services of Ms. Millsap and consents to her withdrawal.  After review,

**IT IS ORDERED:**

1. The Motion to Withdraw as Counsel (Filing No. 45) filed by Sarah J. Millsap is granted.

2. Ms. Millsap shall serve a copy of this Order on Defendant and thereafter file proof of service showing compliance with this Order, listing the name and address of the person to whom notice was sent.  The Clerk of Court shall terminate Ms. Millsap as counsel of record and electronic notice to her in this case once she files such proof of service.

Dated this 1st day of December, 2022.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge