IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 22, et al., | 8:21CV263 |
| **Plaintiffs,** | ORDER |
| vs. | |
| LANGER ELECTRIC COMPANY, INC., | |
| **Defendant.** | |

This matter comes before the Court after review of Plaintiff's Notice to Court Regarding Order to Meet and Confer (Filing No. 59) and the Response (Filing No. 68) filed by the defendant and judgment debtor, Langer Electric Company, Inc. ("Langer Electric"). After review of those filings, and in consideration of the Court's January 4, 2023, telephone conference (Filing No. 57) with counsel and prior Order (Filing No. 58),

**IT IS ORDERED:**

1. That Christopher Langer, as principal and owner of Judgment Debtor Langer Electric Company, Inc., appear before the undersigned at 9:00 a.m. on **January 24, 2023**, at the Roman L. Hruska Federal Courthouse, Courtroom 6, 111 South 18th Plaza, Suite 1152, Omaha, Nebraska 68102, to undergo an examination under oath concerning Defendant's ability and means of satisfying the judgment rendered against it on August 8, 2022, in the United States District Court for the District of Nebraska.

2. On or before **January 20, 2023**, Langer Electric shall produce all documents as previously ordered by the Court.

3. On or before **3:00 p.m. on January 19, 2023**, the parties shall move for entry of a jointly proposed protective order. If the parties cannot agree on the proposed order, each party shall separately move for entry of their proposed protective order for the Court's determination as to which protective order should be entered.

Dated this 17th day of January, 2023.

2

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge