IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 22, et al.,**<br><br>　　　　　**Plaintiffs,**<br><br>　　vs.<br><br>**LANGER PROPERTIES AND DEVELOPMENT LLC.,**<br><br>　　　　　**Garnishee.** | **8:21CV263**<br><br>**ORDER**<br>**NUNC PRO TUNC** |

　　　　This matter comes before the Court following a hearing held on May 18, 2023, to discuss scheduling and other matters regarding Plaintiffs' Application for Determination of Garnishee Langer Properties and Development LLC's Liability (Filing No. 152). In accordance with the discussion held with counsel,

　　**IT IS ORDERED:**

1. Plaintiffs' Application for Determination of Garnishee Langer Properties and Development LLC's Liability (Filing No. 152) is granted to the extent it requests a determination of Langer Properties' liability as garnishee pursuant to Neb. Rev. Stat. § 25-1030.

2. The parties are given leave to conduct discovery relevant to the determination of Langer Properties' liability as garnishee.

3. The deadline for filing motions for summary judgment or other dispositive motions regarding Langer Properties' liability as garnishee is **July 13, 2023**.

4. The **Final Pretrial Conference** is scheduled to be held before the undersigned magistrate judge on **October 16, 2023** at **10:00 a.m.**, and will be conducted in chambers. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to nelson@ned.uscourts.gov in Word format, by **3:00 p.m. on October 6, 2023**.

5. The **jury trial** of this case is set to commence before Robert F. Rossiter, Jr., Chief United States District Judge, **in Courtroom 4, Roman L. Hruska Federal**

**Courthouse, 111 South 18th Plaza, Omaha, Nebraska**, on **November 13, 2023**, or as soon thereafter as the case may be called, for a duration of **two (2)** trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

6. Motions in limine and motions seeking pretrial evidentiary hearings regarding the admissibility of evidence shall be filed no later than **twenty-eight (28)** days before trial.

7. The parties are ordered to comply with **Chief Judge Rossiter's** Civil Jury Trial Practices posted at https://www.ned.uscourts.gov/attorney/judges-information.

8. All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 18th day of May, 2023.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge