IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 22, et al.,<br><br>**Plaintiffs,**<br><br>vs.<br><br>**LANGER ELECTRIC COMPANY, INC.,**<br><br>**Defendant** | 8:21CV263<br><br>ORDER |

This matter is before the Court on Plaintiffs' Motion for Release of Funds (Filing No. 221) from Garnishee First State Bank & Trust Company. In response to Plaintiffs' interrogatories, Garnishee First State Bank & Trust Company confirmed it has $1,242.68 of funds belonging to Langer Electric Company, Inc. in its possession. For good cause shown, the Court finds the motion for release of funds should be granted. Accordingly,

**IT IS ORDERED:**

1. First State Bank & Trust Company is ordered to set aside $1,242.68 on behalf of Plaintiffs and, within twenty days, deliver said funds to the Court to partially satisfy the defendant's adjudged indebtedness.

2. The Clerk of Court is directed to send payment of those funds to Plaintiffs by check or money order, payable to "IBEW Local Union No. 22/NECA Fringe Benefit Fund," at the office of the plaintiffs' counsel, Blake & Uhlig, P.A., at 6803 West 64th Street, Suite 300, Overland Park, KS 66202, to the attention of Frederick Zarate.

Dated this 24th day of May, 2023.

BY THE COURT:

_____
Michael D. Nelson
United States Magistrate Judge